UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-12800-RGS

MICHAEL ROSADO

v.

UMASS CORRECTIONAL HEALTH CARE, et al.

ORDER

January 20, 2015

STEARNS, D.J.

Michael Rosado was a named plaintiff in *Stote v. UMass Correctional Health*, C.A. No. 13-10267-NMG, a civil rights action filed by MCI Norfolk inmate John E. Stote in which he and over one hundred other prisoners claimed that medical care at MCI Norfolk was inadequate.

In an order dated June 25, 2014, the Court ordered that the claims of each plaintiff be severed and that a separate case be opened up for each individual plaintiff. *See id.* (docket entry #20). The order directed each plaintiff who wanted to prosecute his own claims to pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (also referred to as motion for leave to proceed *in forma pauperis*) within sixty days and that the failure to pay the fee or seek leave to proceed without payment of the fee may result in dismissal of the individual action without prejudice. The Clerk mailed a copy of Judge Gorton's order and the form Application to Rosado in June 2014.

The sixty-day period has expired without any response from Rosado. The documents the Clerk sent to him were not returned as undeliverable and a public website (vinelink.com) indicates that he is still confined at MCI Norfolk.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. No filing fee shall be assessed.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE